UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

       **Plaintiff,**

**v.**                                   **Case No.  6:22-cv-318-CEM-LHP**

**RED LOBSTER HOSPITALITY,
LLC,**

       **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with

Prejudice (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record